# EXHIBIT "A"



**CORPORATION SERVICE COMPANY**

**null / ALL**
**Transmittal Number: 16523109**
**Date Processed: 04/18/2017**

# Notice of Service of Process

**Primary Contact:**   Bruce Buttaro
Liberty Mutual Insurance Company
175 Berkeley Street
Boston, MA 02116

| | |
|---|---|
| **Entity:** | Liberty County Mutual Insurance Company |
| | Entity ID Number 2559620 |
| **Entity Served:** | Liberty County Mutual Insurance Company |
| **Title of Action:** | Deanna Britt vs. Liberty County Mutual Insurance Company |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Bastrop County District Court, Texas |
| **Case/Reference No:** | 514-335 |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 04/18/2017 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Jon Michael Smith |
| | 512-371-1006 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscglobal.com

# CITATION
## CAUSE#514-335

**CLERK OF THE COURT**
Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX 78602

DELIVERED: 4/18/17
by: _____ GC
**Assured Civil Process Agency**

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: Liberty County Mutual Insurance Company
By and Through Registered Agent,
Corporation Service Company
211 E. 7th Street, Ste. 620
Austin, TX. 78701-3218, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the Petition of Petitioner at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 335th District Court of Texas, at the courthouse in BASTROP, Texas.

A copy of the Petition of the Petitioner accompanies this citation, in cause number 514-335 styled:

DEANNA BRITT and CLAY BRITT
v.
LIBERTY COUNTY MUTUAL INSURANCE COMPANY

filed in said court on the on this the 13th day of April, 2017

Petitioner is represented by:

JON MICHAEL SMITH
3305 NORTHLAND DR., STE. 500
AUSTIN, TX. 78731

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas, this the 13th day of April, 2017

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By: _____ Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO TRCP 191.4

Cause: 514-335

Executed when copy is delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20_____.

_____, Officer

_____, County, Texas

By:_____, Deputy

**ADDRESS FOR SERVICE:**
Defendant: Liberty County Mutual Insurance Company
By and Through Registered Agent,
Corporation Service Company
211 E. 7th Street, Ste. 620
Austin, TX. 78701-3218

OFFICER'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____, o'clock _____.m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following times and places, to-wit:

| **Name** | **Date/Time** | **Place, Course and Distance from Courthouse** |
| --- | --- | --- |
| _____ | _____ | _____ |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

**FEES:**
Serving Petition and Copy    $_____
Total                                    $_____

_____, Officer
_____, County, Texas

By:_____, Deputy


_____
Affiant

**\*Rule 107 Verification**:  Subscribed and sworn to by the above named _____ before me this the _____ day of _____, 20___, to certify which witness my hand and seal of office.


_____
Person Administering Oath

Electronically Filed 4/13/2017 11:54:13 AM
Sarah Loucks, District Clerk
Bastrop County, Texas
By: Sharon Schimank, Deputy

No. _____514-335_____

| | | |
|---|---|---|
| DEANNA BRITT and CLAY BRITT, | § | IN THE DISTRICT COURT OF |
| Plaintiffs | § | |
| | § | |
| v. | § | BASTROP COUNTY, TEXAS |
| | § | |
| LIBERTY COUNTY MUTUAL | § | |
| INSURANCE COMPANY, | § | |
| Defendant | § | *335ᵗʰ* JUDICIAL DISTRICT |

### Plaintiff's Original Petition

TO THE HONORABLE COURT:

Deanna Britt and Clay Britt, Plaintiffs, respectfully file this original petition complaining of Liberty County Mutual Insurance Company, ("Liberty Mutual") and would show:

### I. Discovery Control Plan, Level 2

Pursuant to Texas Rule of Civil Procedure 190.3, this case is governed by Discovery Control Plan, Level 2.

### II. Nature of the Case

The Britts' claim arises from Liberty Mutual's wrongful denial of a homeowners insurance fire claim. Pursuant to Texas Rule of Civil Procedure 47, Plaintiffs state that they seek damages within the jurisdictional limits of this court, specifically monetary relief over $200,000.00 but not more than $1,000,000.00.

### III. Parties

Plaintiffs are individuals residing in Bastrop County, Texas.

Defendant, Liberty County Mutual Insurance Company, is a domestic insurance company authorized to do business in Texas and may be served with citation by and through its registered

-1-

agent, Corporation Service Company, 211 E. 7th Street, Ste. 620, Austin, Texas 78701-3218.

## IV. Venue

Venue is proper in Bastrop County because all or a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in Bastrop County.  Tex. Civ. Prac. & Rem. Code Ann. § 15.002(a)(1).

## V. Conditions Precedent

All conditions precedent to recovery have been met or have occurred.

## VI. Facts of the Case

Plaintiffs own the house at 104 Wood Duck Lane, Paige, Texas.  They insured it with Liberty Mutual.  On or about July 22, 2016, the house was damaged by fire.  Plaintiffs submitted the claim to Liberty Mutual in a timely fashion and Liberty Mutual denied it by letter dated December 9, 2016.

## VII. First Cause of Action: Breach of Contract

Defendants' actions amount to a breach of contract between Plaintiffs and Liberty Mutual.  The Britts applied for and wer accepted for insurance coverage by Defendant.  They paid the required premiums, entering into a binding contract for insurance with Liberty Mutual. Liberty Mutual breached the contract by denying Plaintiffs' claim for insurance coverage. Plaintiffs are entitled to recover their actual damages, court costs and reasonable and necessary attorney's fees pursuant to Texas Civil Practice & Remedies Code, Section 38.001, et seq.

**VIII. Second Cause of Action: <u>Texas Insurance Code Sections 542.051-061</u>**

Defendants' actions also amount to a violation of Texas Insurance Code, Sections 542.051-061. As such, Plaintiffs are entitled to 18% per annum in addition to the amount of their claim, plus attorneys' fees.

**IX. <u>Jury Demand</u>**

Plaintiffa hacw requested that this case be decided by a jury as allowed by Tex. R. Civ. P. 216. The appropriate jury fee has been paid.

**X. <u>Prayer</u>**

Plaintiffs prays that upon final trial of this case they have judgment against Defendant for actual damages, reasonable and necessary attorney's fees, pre-judgment and post-judgment interest, and such other relief to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

JON MICHAEL SMITH
State Bar No. 18630750
3305 Northland Drive
Suite 500
Austin, Texas 78731
512/371-1006
512/476-6685 fax
Email: Jon@jonmichaelsmith.com

Electronically Filed 4/13/2017 1:30:48 PM
Sarah Loucks, District Clerk
Bastrop County, Texas
By: Sharon Schimank, Deputy

# Jon Michael Smith

### Attorney

3305 Northland Drive
Suite 500
Austin, Texas 78731

512.371.1006
512.476.6685 (fax)

**514-335**

www.jonmichaelsmith.com
jon@jonmichaelsmith.com

April 13, 2017

*Via: E-filing*
Sarah Loucks
Districk Clerk
804 Pecan Street
Bastrop, Texas 78602

 RE:  Deanna and Clay Britt v. Liberty County Mutual Insurance Company

Dear Clerk:

 Along with this letter please find attached the civil case information sheet for the above referenced matter. An Original Petition was filed earlier today. I am including $11.00 for the citation fee and petition copy fee.

 I am also requesting issuance and Service of Citation regarding this matter. Please notify Assured Civil Process Agency, 5926 Balcones Dr, Ste. 290, Austin, Texas 78731 for service. They can be contacted by phone at 512-477-2681, by fax at 512-477-6526, or by e-mail at assuredcivilprocessagency@yahoo.com.

 If you have any questions or concerns please feel free to contact us at your earliest convenience.

 Thank you,

 Hailey M. Hanners
 Assistant to Jon Michael Smith

# CIVIL CASE INFORMATION SHEET

514-335

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____   COURT *(FOR CLERK USE ONLY):* _____

STYLED *Deanna Britt and Clay Britt v. Liberty County Mutual Insurance Company*
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

Name: Jon Smith

Email: Jon@jonmichaelsmith.com

Address: 3315 Northland Dr.

Telephone: (512) 371-1006

City/State/Zip: Austin, TX 78731

Fax: (512) 476-6485

Signature: [signature]

State Bar No: 18630750

## Names of parties in case:

Plaintiff(s)/Petitioner(s):

Deanna Britt
Clay Britt

Defendant(s)/Respondent(s):

Liberty County Mutual Insurance Company

[Attach additional page as necessary to list all parties]

## Person or entity completing sheet is:

☑ Attorney for Plaintiff/Petitioner
☐ Pro Se Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other:

Additional Parties in Child Support Case:

Custodial Parent:

Non-Custodial Parent:

Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

### Civil

**Contract**

*Debt/Contract*
☐ Consumer/DTPA
☐ Debt/Contract
☐ Fraud/Misrepresentation
☐ Other Debt/Contract:

*Foreclosure*
☐ Home Equity—Expedited
☐ Other Foreclosure
☐ Franchise
☑ Insurance
☐ Landlord/Tenant
☐ Non-Competition
☐ Partnership
☐ Other Contract:

**Injury or Damage**

☐ Assault/Battery
☐ Construction
☐ Defamation
*Malpractice*
☐ Accounting
☐ Legal
☐ Medical
☐ Other Professional Liability:

☐ Motor Vehicle Accident
☐ Premises
*Product Liability*
☐ Asbestos/Silica
☐ Other Product Liability
List Product:

☐ Other Injury or Damage:

**Real Property**

*Eminent Domain/ Condemnation*
☐ Partition
☐ Quiet Title
☐ Trespass to Try Title
☐ Other Property:

**Related to Criminal Matters**

☐ Expunction
☐ Judgment Nisi
☐ Non-Disclosure
☐ Seizure/Forfeiture
☐ Writ of Habeas Corpus— Pre-indictment
☐ Other:

### Family Law

**Marriage Relationship**

☐ Annulment
☐ Declare Marriage Void
*Divorce*
☐ With Children
☐ No Children

**Other Family Law**

☐ Enforce Foreign Judgment
☐ Habeas Corpus
☐ Name Change
☐ Protective Order
☐ Removal of Disabilities of Minority
☐ Other:

**Post-judgment Actions (non-Title IV-D)**

☐ Enforcement
☐ Modification—Custody
☐ Modification—Other

**Title IV-D**

☐ Enforcement/Modification
☐ Paternity
☐ Reciprocals (UIFSA)
☐ Support Order

**Parent-Child Relationship**

☐ Adoption/Adoption with Termination
☐ Child Protection
☐ Child Support
☐ Custody or Visitation
☐ Gestational Parenting
☐ Grandparent Access
☐ Parentage/Paternity
☐ Termination of Parental Rights
☐ Other Parent-Child:

**Employment**

☐ Discrimination
☐ Retaliation
☐ Termination
☐ Workers' Compensation
☐ Other Employment:

### Other Civil

☐ Administrative Appeal
☐ Antitrust/Unfair Competition
☐ Code Violations
☐ Foreign Judgment
☐ Intellectual Property

☐ Lawyer Discipline
☐ Perpetuate Testimony
☐ Securities/Stock
☐ Tortious Interference
☐ Other:

### Tax

☐ Tax Appraisal
☐ Tax Delinquency
☐ Other Tax

### Probate & Mental Health

*Probate/Wills/Intestate Administration*
☐ Dependent Administration
☐ Independent Administration
☐ Other Estate Proceedings

☐ Guardianship—Adult
☐ Guardianship—Minor
☐ Mental Health
☐ Other:

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

☐ Appeal from Municipal or Justice Court
☐ Arbitration-related
☐ Attachment
☐ Bill of Review
☐ Certiorari
☐ Class Action

☐ Declaratory Judgment
☐ Garnishment
☐ Interpleader
☐ License
☐ Mandamus
☐ Post-judgment

☐ Prejudgment Remedy
☐ Protective Order
☐ Receiver
☐ Sequestration
☐ Temporary Restraining Order/Injunction
☐ Turnover

## 4. Indicate damages sought *(do not select if it is a family law case)*:

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

Rev 2/13

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: ___514-335___ COURT *(FOR CLERK USE ONLY)*: _____

STYLED _Deanna Britt and Clay Britt_ v. _Liberty County Mutual insurance company_
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name: _Jon Smith_ | Email: _jon@jonmichaelsmith.com_ | Plaintiff(s)/Petitioner(s): _Deanna Britt  Clay Britt_ | ☑Attorney for Plaintiff/Petitioner ☐Pro Se Plaintiff/Petitioner ☐Title IV-D Agency ☐Other: _____ |
| Address: _3316 Northland Dr._ | Telephone: _(512) 371-1106_ | | Additional Parties in Child Support Case: |
| City/State/Zip: _Austin, TX 78731_ | Fax: _(512) 476-6485_ | Defendant(s)/Respondent(s): _Liberty  County Mutual  insurance Company_ | Custodial Parent: _____  Non-Custodial Parent: _____ |
| Signature: _Jon Smith_ | State Bar No: _18630750_ | [Attach additional page as necessary to list all parties] | Presumed Father: _____ |

2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract* ☐Consumer/DTPA ☐Debt/Contract ☐Fraud/Misrepresentation ☐Other Debt/Contract: | ☐Assault/Battery ☐Construction ☐Defamation *Malpractice* ☐Accounting ☐Legal ☐Medical ☐Other Professional Liability: | ☐Eminent Domain/ Condemnation ☐Partition ☐Quiet Title ☐Trespass to Try Title ☐Other Property: _____ | ☐Annulment ☐Declare Marriage Void *Divorce* ☐With Children ☐No Children | ☐Enforcement ☐Modification—Custody ☐Modification—Other **Title IV-D** ☐Enforcement/Modification ☐Paternity ☐Reciprocals (UIFSA) ☐Support Order |
| *Foreclosure* ☐Home Equity—Expedited ☐Other Foreclosure ☐Franchise ☑Insurance ☐Landlord/Tenant ☐Non-Competition ☐Partnership ☐Other Contract: _____ | ☐Motor Vehicle Accident ☐Premises *Product Liability* ☐Asbestos/Silica ☐Other Product Liability List Product: _____ ☐Other Injury or Damage: | **Related to Criminal Matters** ☐Expunction ☐Judgment Nisi ☐Non-Disclosure ☐Seizure/Forfeiture ☐Writ of Habeas Corpus— Pre-indictment ☐Other: _____ | **Other Family Law** ☐Enforce Foreign Judgment ☐Habeas Corpus ☐Name Change ☐Protective Order ☐Removal of Disabilities of Minority ☐Other: | **Parent-Child Relationship** ☐Adoption/Adoption with Termination ☐Child Protection ☐Child Support ☐Custody or Visitation ☐Gestational Parenting ☐Grandparent Access ☐Parentage/Paternity ☐Termination of Parental Rights ☐Other Parent-Child: |
| **Employment** | | **Other Civil** | | |
| ☐Discrimination ☐Retaliation ☐Termination ☐Workers' Compensation ☐Other Employment: | ☐Administrative Appeal ☐Antitrust/Unfair Competition ☐Code Violations ☐Foreign Judgment ☐Intellectual Property | ☐Lawyer Discipline ☐Perpetuate Testimony ☐Securities/Stock ☐Tortious Interference ☐Other: _____ | | |

| | | Probate & Mental Health | | |
|---|---|---|---|---|
| **Tax** | *Probate/Wills/Intestate Administration* | ☐Guardianship—Adult | | |
| ☐Tax Appraisal ☐Tax Delinquency ☐Other Tax | ☐Dependent Administration ☐Independent Administration ☐Other Estate Proceedings | ☐Guardianship—Minor ☐Mental Health ☐Other: _____ | | |

3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

| | | | |
|---|---|---|---|
| ☐Appeal from Municipal or Justice Court | ☐Declaratory Judgment | ☐Prejudgment Remedy | |
| ☐Arbitration-related | ☐Garnishment | ☐Protective Order | |
| ☐Attachment | ☐Interpleader | ☐Receiver | |
| ☐Bill of Review | ☐License | ☐Sequestration | |
| ☐Certiorari | ☐Mandamus | ☐Temporary Restraining Order/Injunction | |
| ☐Class Action | ☐Post-judgment | ☐Turnover | |

4. Indicate damages sought *(do not select if it is a family law case)*:
☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100, 000 but not more than $200,000
☑Over $200,000 but not more than $1,000,000
☐Over $1,000,000

Scanned

County Clerk's Office
FILED
DATE 07/13/2017
Sarah Loucks
District Clerk, Bastrop County

Rev 2/13

# CITATION

**CLERK OF THE COURT**      **CAUSE#514-335**

Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX  78602

## THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: Liberty County Mutual Insurance Company
By and Through Registered Agent,
Corporation Service Company
211 E. 7th Street, Ste. 620·
Austin, TX.  78701-3218, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the Petition of Petitioner at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 335th District Court of Texas, at the courthouse in BASTROP, Texas.

 A copy of the Petition of the Petitioner accompanies this citation, in cause number 514-335 styled:

DEANNA BRITT and CLAY BRITT
v.
LIBERTY COUNTY MUTUAL INSURANCE COMPANY

filed in said court on the on this the 13th day of April, 2017

Petitioner is represented by:

JON MICHAEL SMITH
3305 NORTHLAND DR., STE. 500
AUSTIN, TX.  78731

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas, this the 13th day of April, 2017

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By: _____ Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO TRCP 191.4

Cause: 514-335

Executed when copy is delivered:

This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20_____.

_____, Officer

_____, County, Texas

By: _____, Deputy

**ADDRESS FOR SERVICE**:
Defendant: Liberty County Mutual Insurance Company
By and Through Registered Agent,
Corporation Service Company
211 E. 7th Street, Ste. 620
Austin, TX. 78701-3218

OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____, o'clock ____.m., and executed in _____ County, Texas by delivering to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the plaintiff's petition, at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
| --- | --- | --- |
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

**FEES**:

Serving Petition and Copy    $ _____
Total                        $ _____

_____, Officer
_____, County, Texas

By: _____, Deputy

_____
Affiant

**\*Rule 107 Verification**: Subscribed and sworn to by the above named _____
before me this the _____ day of _____, 20___, to certify which witness my hand and seal of office.

_____
Person Administering Oath

Electronically Filed 4/24/2017 9:04:30 AM
Sarah Loucks, District Clerk
Bastrop County, Texas
By: Sharon Schimank, Deputy

**IN THE 335TH JUDICIAL DISTRICT
BASTROP COUNTY, TEXAS**

### CAUSE NO: 514-335

**DEANNA BRITT AND CLAY BRITT**
**VS**
**LIBERTY COUNTY MUTUAL INSURANCE COMPANY**

# RETURN

**Came to my hand:** _4/17/2017_ , at _04:30_ o'clock _P.M._ , **the following specified documents:**

- **Citation**
- **Plaintiff's Original Petition**
- **Jury Demand**

**and executed by me on:** _4/ 18 /2017_ , at _1:31_ o'clock _PM_ , **at**

**211 E. 7TH STREET, SUITE 620, AUSTIN, TX 78701, within the county of TRAVIS,** **by delivering to LIBERTY COUNTY MUTUAL INSURANCE COMPANY, by delivering to its registered agent, CORPORATION SERVICE COMPANY, by delivering to** _Sue Vertrees_ **, employee/managing agent, in person, a true copy of the above specified documents having first endorsed on such copy the date of delivery.**

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit, and I declare under penalty of perjury that the foregoing is true and correct.



**Authorized Person:** _George L Castillo, SCH 1440_
**Expiration Date:** _8/ 31 /20 17_
**ASSURED CIVIL PROCESS AGENCY**
**5926 Balcones Dr. Ste. 290, Austin, TX 78731**

**STATE OF TEXAS        }**

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named Authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements and facts therein contained are within his/her personal knowledge and experience to be true and correct.  Given under my hand and seal of office on this the _18th_ day of _APRIL_ , 2017

DANA L. MCMICHAEL
Notary Public, State of Texas
Comm. Expires 04-23-2020
Notary ID 4733578

**Notary Public**

Electronically Filed 5/12/2017 3:34:51 PM
Sarah Loucks, District Clerk
Bastrop County, Texas
By: Sharon Schimank, Deputy

## CAUSE NO. 514-335

| | | |
|---|---|---|
| **DEANNA BRITT and CLAY BRITT,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiffs** | § | |
| | § | |
| **v.** | § | **BASTROP COUNTY, TEXAS** |
| | § | |
| **LIBERTY COUNTY MUTUAL** | § | |
| **INSURANCE COMPANY,** | § | |
| **Defendant** | § | **335th JUDICIAL DISTRICT** |

### DEFENDANT'S ORIGINAL ANSWER AND VERIFIED DENIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Liberty Mutual Insurance Company and files this Original Answer and Verified Denial to Plaintiffs' Original Petition and for such would respectfully show the Court the following:

## I.
### GENERAL DENIAL

Pursuant to TEX. R. CIV. P. 92, Defendant denies each and every, all and singular, the allegations set forth in Plaintiffs' Original Petition and demands strict proof thereof by a preponderance of the evidence at the final trial of this case.

## II.
### VERIFIED DENIAL

Pursuant to the provisions of Rule 93 of the Texas Rules of Civil Procedure, Defendant Liberty County Mutual Insurance Company denies that it is a proper party to this lawsuit on the grounds that it did not issue the relevant insurance policy to Plaintiffs in this case. The insurance policy at issue in this lawsuit was issued by Liberty Insurance Corporation.

WHEREFORE, PREMISES CONSIDERED, Defendant Liberty County Mutual Insurance Company respectfully prays that upon final hearing hereof, Plaintiffs Deanna Britt and Clay Britt take nothing by reason of this action, that Defendant be awarded its costs of court, and for such other and further relief to which it may show itself justly entitled.

Respectfully submitted,

**HANNA & PLAUT, L.L.P.**
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone:    (512) 472-7700
Facsimile:    (512) 472-0205

By: _____
David L. Plaut
State Bar No. 16066030
Email: dplaut@hannaplaut.com
J. Todd Key
State Bar No. 24027104
Email: tkey@hannaplaut.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered by e-service and/or facsimile on this 12th day of May, 2017 to:

*__Via Facsimile (512) 476-6685__*
Jon Michael Smith
3305 Northland Drive
Suite 500
Austin, Texas 78731
*Attorney for Plaintiffs*

_____
J. Todd Key

## VERIFICATION

STATE OF TEXAS      §
                              §
COUNTY OF TRAVIS   §

       BEFORE ME, the undersigned authority in and for the State of Texas, on this day personally appeared J. Todd Key known to me to be the same person whose name is subscribed hereto, who being first duly sworn in the manner provided by law on oath stated that he is duly qualified to make this affidavit on behalf of Defendant Liberty Mutual Insurance Company in the above-entitled and numbered cause, that he has read Paragraph II of the Original Answer and Verified Denial and the matters stated therein are within his personal knowledge and are true and correct.

_____
J. Todd Key

       SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this ___12 th___ day of May, 2017, to certify which witness my hand and official seal of office.

DIANA McCAULEY
NOTARY PUBLIC
ID# 7837941
State of Texas
Comm. Exp. 12-17-2018

_____
Notary Public in and for
the State of Texas

No. 514-335

| | | |
|---|---|---|
| DEANNA BRITT and CLAY BRITT,<br>      Plaintiffs | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | BASTROP COUNTY, TEXAS |
| | § | |
| LIBERTY COUNTY MUTUAL<br>INSURANCE COMPANY and LIBERTY,<br>INSURANCE CORPORATION,<br>      Defendants | §<br>§<br>§<br>§ | 335th JUDICIAL DISTRICT |

## Plaintiffs' First Amended Petition

TO THE HONORABLE COURT:

Deanna Britt and Clay Britt, Plaintiffs, respectfully file this first amended petition complaining of Liberty County Mutual Insurance Company, ("Liberty Mutual") and Liberty Insurance Corporation ("Liberty Insurance") and would show:

### I. Discovery Control Plan, Level 2

Pursuant to Texas Rule of Civil Procedure 190.3, this case is governed by Discovery Control Plan, Level 2.

### II. Nature of the Case

The Britts' claim arises from the wrongful denial of a homeowners insurance fire claim. Pursuant to Texas Rule of Civil Procedure 47, Plaintiffs state that they seek damages within the jurisdictional limits of this court, specifically monetary relief over $200,000.00 but not more than $1,000,000.00.

### III. Parties

Plaintiffs are individuals residing in Bastrop County, Texas.

Defendant, Liberty County Mutual Insurance Company, is a domestic insurance company

authorized to do business in Texas that has been served and has filed an answer.

Defendant, Liberty Insurance Corporation is foreign insurance company licensed in the state of Illinois and is doing business in Texas and can be served by and through its agent for service of process, Corporation Service Company, 211 East 7th Street, Suite 620.

## IV. <u>Venue</u>

Venue is proper in Bastrop County because all or a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in Bastrop County. Tex. Civ. Prac. & Rem. Code Ann. § 15.002(a)(1).

## V. <u>Conditions Precedent</u>

All conditions precedent to recovery have been met or have occurred.

## VI. <u>Facts of the Case</u>

Plaintiffs own the house at 104 Wood Duck Lane, Paige, Texas. They insured it with Liberty Insurance. On or about July 22, 2016, the house was damaged by fire. Plaintiffs submitted the claim in a timely fashion and it was denied by letter dated December 9, 2016.

## VII. First Cause of Action: <u>Breach of Contract</u>

Defendants' actions amount to a breach of contract between Plaintiffs and Liberty Insurance. The Britts applied for and were accepted for insurance coverage by Defendant. They paid the required premiums, entering into a binding contract for insurance with Liberty Insurance. Liberty Insurance breached the contract by denying Plaintiffs' claim for insurance

coverage.  Plaintiffs are entitled to recover their actual damages, court costs and reasonable and necessary attorney's fees pursuant to Texas Civil Practice & Remedies Code, Section 38.001, et seq.

## VIII.  Second Cause of Action:  <u>Texas Insurance Code Sections 542.051-061</u>

Defendants' actions also amount to a violation of Texas Insurance Code, Sections 542.051-061.  As such, Plaintiffs are entitled to 18% per annum in addition to the amount of their claim, plus attorneys' fees.

## IX.  <u>Jury Demand</u>

Plaintiffs have requested that this case be decided by a jury as allowed by Tex. R. Civ. P. 216.  The appropriate jury fee has been paid.

## X.  <u>Prayer</u>

Plaintiffs prays that upon final trial of this case they have judgment against Defendant for actual damages, reasonable and necessary attorney's fees, pre-judgment and post-judgment interest, and such other relief to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

JON MICHAEL SMITH
State Bar No. 18630750
3305 Northland Drive
Suite 500
Austin, Texas 78731
512/371-1006
512/476-6685 fax
Email: Jon@jonmichaelsmith.com

## CERTIFICATE OF SERVICE

I, Jon Michael Smith, do hereby certify that a true and correct copy of the foregoing document was delivered to all attorneys of record as listed below on May 15, 2017.

David L. Plaut        Via Fax: 512-472-0205
J. Todd Key
Hanna & Plaut, L.L.P.
211 East Seventh Street, Suite 600
Austin, Texas 78701

 

Jon Michael Smith