FILED

17 NOV 30  AM 11:41

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                 DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEANNA BRITT and CLAY BRITT,<br>　　Plaintiffs<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION,<br>　　Defendant | §<br>§<br>§<br>§ Case No.: 1:17-cv-00483-SS<br>§<br>§<br>§ |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came on for consideration the Joint Motion for Dismissal with Prejudice filed by all parties in the above entitled and numbered cause, and this Court, having considered said motion and being of the opinion that it should be in all things GRANTED, it is accordingly,

ORDERED, ADJUDGED and DECREED, that the above-entitled and numbered cause, be and is hereby, in all things DISMISSED WITH PREJUDICE, and that costs of court be assessed against the party incurring same.

SIGNED this 30th day of November, 2017.

_____
JUDGE PRESIDING